FILED VIA MAIL

OCT 28 2026

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
Benjamin Tyler Poore-Barnes,
Debtor.

Case No. 6:26-bk-02440-LVV
Chapter 7

# CREDITOR'S REQUEST UNDER 11 U.S.C. § 521(f) THAT THE DEBTOR FILE COPIES OF FEDERAL INCOME TAX RETURNS

James Michael O'Hara, a creditor in this case (Schedule E/F, line 4.17) and the plaintiff in Adversary Proceeding No. 6:26-ap-00111-LVV, is a party in interest. Under 11 U.S.C. § 521(f), he requests that the Debtor, Benjamin Tyler Poore-Barnes, file with the Court, at the same time each is filed with the taxing authority:

1. a copy of each Federal income tax return required under applicable law (or, at the Debtor's election, a transcript of the return) for each tax year of the Debtor ending while this case is pending (11 U.S.C. § 521(f)(1));
2. a copy of each Federal income tax return required under applicable law (or transcript) that had not been filed with the taxing authority as of April 7, 2026, the date this case was commenced, and that was or is subsequently filed for any tax year of the Debtor ending in the three-year period ending on that date, including tax year 2025 (11 U.S.C. § 521(f)(2)); for any such return already filed after April 7, 2026, promptly upon service of this request; and
3. a copy of each amendment to any return or transcript described above (11 U.S.C. § 521(f)(3)).

This written request is made in accordance with the Director's Guidance Regarding Tax Information Under 11 U.S.C. § 521 and the Court's procedures for debtor tax information, and is served on the Debtor and the Debtor's counsel. Tax information filed in response should be filed in the manner prescribed for tax information and redacted as required by Fed. R. Bankr. P. 9037, so that it is available only as provided in 11 U.S.C. § 521(g). This request does not itself seek access to the tax information; any access will be sought by separate motion.

Dated: October 22, 2026

J Michael O'Hara

James Michael O'Hara, Creditor, pro se
19141 Sabal Street
Orlando, Florida 32833
407-608-2473 | pgadget@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I mailed this Request to the Clerk of Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801, for filing, and on the same date served a copy by United States mail, postage prepaid, on: Benjamin Tyler Poore-Barnes, Debtor, 2611 River Landing Drive, Sanford, Florida 32771; Jeffrey S. Badgley, Badgley Law Group, counsel for the Debtor, 801 N. Magnolia Ave., Suite 304, Orlando, Florida 32803; and the Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

J Michael O'Hara

James Michael O'Hara, Creditor, pro se
19141 Sabal Street
Orlando, Florida 32833
407-608-2473 | pgadget@gmail.com